**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
**DOCKET NO: 3:17-CR-00180-MOC-DSC**

| | |
|---|---|
| **UNITED STATES OF AMERICA,**      ) | |
| ) | |
| **vs.**      ) | |
| ) | **ORDER** |
| **ERNEST KEITH, JR.,**      ) | |
| ) | |
| Defendant.      ) | |
| ) | |

**THIS MATTER** is before the Court on Defendant's pro se Motions to Delay Payments of Restitution, Doc. No. 66, and to Reduce or Terminate Supervised Release, Doc. No. 67. As to restitution, Defendant summarily asserts that he has no income or financial resources to make restitution payments at this time. See Doc. No.66. And, as to supervised release, Defendant asserts he is a "low public safety risk" because he has "no intentions to commit further crime[s]" and has "knowledge to follow protocols, rules, and procedures." Doc. No. 67. Because Defendant is acting pro se, the Court has liberally construed these allegations in his favor. Even so, the Court declines to grant the requested relief based on these unsubstantiated assertions.

**ORDER**

**IT IS, THEREFORE, ORDERED** that Defendant's Motions to Delay Payments of Restitution and to Reduce or Terminate Supervised Release, Doc. Nos. 66–67, are **DENIED**.

Signed: June 29, 2020

Max O. Cogburn Jr
United States District Judge